COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-04-093-CV

CHARLES GATLIN APPELLANT

V.

BRENT CLAIBORNE D/B/A MEGA HOMES, APPELLEES

ASSOCIATES HOUSING FINANCE, L.L.C. AND

VANDERBILT MORTGATE AND FINANCE, INC.

----------

FROM THE 355
TH
 
DISTRICT COURT OF HOOD COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered appellant’s “Motion For Voluntary Dismissal Of Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.

PER CURIAM 

PANEL D: LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

DELIVERED: June 24, 2004  

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.